A. MATHILDA CARLSON, Respondent, v. ESTHER G. FOGELGREN and

Others, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.